AMERICAN ARBITRATION ASSOCIATION | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856)435-6401

September 2, 2025

Tina Crow
149 Olympia Drive
Sibley, LA 71073
Via Email to: tinacrow1005@gmail.com

Caroline E. Donze, Esq.
Ogletree Deakins Nash Smoak & Stewart, PC
701 Poydras Street
Suite 3500
New Orleans, LA 70139
Via Email to: caroline.donze@ogletree.com

Case Number: 01-25-0003-1119

Tina Crow
-vs-
Walmart/Spark

Dear Parties:

On July 11, 2025, claimant and respondent were notified that both parties were required to mutually authorize the AAA to administer this dispute. However, only claimant provided such authorization. The filing deficiency has not been cured. Accordingly, we have administratively closed our file without prejudice.

We will refund any fees received under separate cover.

In the future should you decide to resubmit this matter, please provide all the requisite information along with the appropriate filing fee.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions, including questions about AAA's filing requirements.

Sincerely,

Employment Filing Team
EmploymentFiling@adr.org
856-679-4610

checkr

Report completed on Jun 8, 2025 4:34 PM UTC

Consumer Report for
Tina Crow
tinacrow1005@gmail.com

Requestor Company
Spark Driver

Status
Clear

California Candidates/Employees Only: The report does not guarantee the accuracy or truthfulness of the information as to the subject of the investigation, but only that it is accurately copied from public records, and information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of the report. An investigative consumer reporting agency shall provide a consumer seeking to obtain a copy of a report or making a request to review a file, a written notice in simple, plain English and Spanish setting forth the terms and conditions of his or her right to receive all disclosures, as provided in Section 1786.26.

Sólo para los Candidatos/Empleados de California: En el informe no se garantiza la exactitud o veracidad de la información en cuanto al tema de la investigación, sino sólo que se ha copiado exactamente de los registros públicos, y la información generada como resultado del robo de identidad, incluyendo las pruebas de una actividad delictiva, podría estar incorrectamente asociada con el consumidor que sea el sujeto del informe. Una agencia investigadora de informes de crédito deberá suministrarle a un consumidor que trate de obtener una copia de un informe o solicite revisar un archivo una notificación por escrito en inglés y español lisos y llanos, en la que se establezcan los términos y las condiciones de su derecho a recibir toda la información, como se dispone en la Sección 1786.26.

**Report Summary**

| | | |
|---|---|---|
| SSN Trace | Jun 6, 2025 | Complete |
| Sex Offender Search | Jun 6, 2025 | Clear |
| Global Watchlist Search | Jun 6, 2025 | Clear |
| National Search | Jun 6, 2025 | Complete |
| Federal Search | Jun 6, 2025 | Complete |
| County Searches | Jun 8, 2025 | Clear |
| Motor Vehicle Report | Jun 6, 2025 | Clear |

## Report information

Clear

First name
Tina

Middle name
-

Last name
Crow

Date of birth
May 11, XXXX

Phone number
3182688797

Zipcode
71073

Email
tinacrow1005@gmail.com

Social Security Number
XXX-XX-8474

Driver license
007329607 (LA)

Previous driver licenses
-

Custom ID
75cad8e9-54c0-40c9-8615-565fea545b3e

Created at
Jun 6, 2025 3:46 PM UTC

Completed at
Jun 8, 2025 4:34 PM UTC

## SSN Trace

Complete

## Sex Offender Search

Clear

## Global Watchlist Search

Clear

## National Search

Complete

## Federal Search

Complete

| County Searches | Clear |
|---|---|
| **Webster, LA** | Clear |
| **Caddo, LA** | Clear |
| **Middlesex, MA** | Clear |
| **Harris, TX** | Clear |
| **Bossier, LA** | Clear |

| Motor Vehicle Report | Clear |
|---|---|

**007329607 (LA)**

| | |
|---|---|
| License Status | VALID (NON-GIVEN) |
| License Type | PASSENGER |
| License Class | E |
| License Expiration Date | May 11, 2031 |
| License Issued Date | Sep 24, 1997 |
| License First Issued Date | Sep 24, 1997 |

checkr

One Montgomery Street, Suite 2400, San Francisco, CA 94104
candidate.checkr.com