**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **TINA CROW,** <br> **Plaintiff** <br><br> **VERSUS** <br><br> **WALMART INC.,** <br> **Defendant** | **CIVIL ACTION NO.: 5:25-CV-01379** <br><br> **JUDGE S. MAURICE HICKS, JR.** <br><br> **MAGISTRATE JUDGE** <br> **MARK L. HORNSBY** |

**DEFENDANT'S MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

Defendant Walmart Inc. ("Defendant" or "Walmart"), by and through its undersigned counsel, hereby moves this Court to stay this matter and compel arbitration, pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. § 1 *et seq*.

Plaintiff Tina Crow ("Crow") contracted with Walmart for access to the "Spark Driver" platform, an app-based delivery platform that allows independent contractors access to opportunities to deliver groceries and general merchandise from local Walmart stores (and other participating retailers) to customers' homes. In the present lawsuit, Crow claims Walmart "wrongfully" deactivated her account to use this platform and engaged in other "wrongful" acts in relation to the reactivation and deactivation of her account.

As part of contracting with Walmart for access to the Spark Driver platform, Crow executed a binding Non-Disclosure and Dispute Resolution Agreement with Walmart (the "Agreement"). The Agreement requires Crow to arbitrate "all disputes on an individual basis in final and binding arbitration" relating to her use of the Spark Driver platform, including the claims at issue in this lawsuit. Crow has conceded she is bound by the Agreement to arbitrate her claims, but she has filed this lawsuit in violation of the Agreement. Accordingly, and for the reasons described in the

memorandum accompanying this Motion, this Court should stay this matter and compel arbitration.

WHEREFORE, Defendant respectfully requests this Court to stay this matter and compel arbitration.

Respectfully submitted,

*/s/ Caroline E. Donze*
Caroline E. Donze, La. Bar No. 38195
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Telephone: (504) 648-3840
Facsimile: (504) 648-3859
Email: caroline.donze@ogletree.com

-And-

Andrew J. Halverson, La. Bar No. 31184
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
325 Settlers Trace Blvd., Suite 201
Lafayette, LA 70501
Telephone: (337) 7696582
Facsimile: (337) 989-0441
Email: andrew.halverson@ogletree.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on Pro Se Plaintiff Tina Crow by electronic mail and by U.S. Mail, properly addressed and postage prepaid:

Tina Crow, Pro Se Plaintiff
149 Olympia Drive
Sibley, LA 71073
Email: tinacrow1005@gmail.com

This 7th day of November, 2025.

*/s/ Caroline E. Donze*
Caroline E. Donze