**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TINA CROW,** **Plaintiff** | ) | **CIVIL ACTION NO.: 5:25-CV-01379** |
| **VERSUS** | ) | **JUDGE S. MAURICE HICKS, JR.** |
| **WALMART INC.** **Defendant** | ) | **MAGISTRATE JUDGE MARK L. HORNSBY** |

**DECLARATION OF CAROLINE DONZE**
**IN SUPPORT OF DEFENDANT WALMART INC.'S**
**MOTION TO COMPEL ARBITRATION AND STAY LITIGATION**

I, Caroline Donze, being first duly sworn, state of my own personal knowledge as follows:

1. I am over the age of eighteen (18), and competent to testify to the matters stated herein.

2. I have personal knowledge of all matters stated herein.

3. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

4. I have practiced law in good standing in Louisiana since October 15, 2018.

5. I have, at all times relevant hereto, represented Defendant Walmart Inc. ("Defendant" or "Walmart"), in the above-captioned litigation.

6. Attached to this Declaration as Exhibits 1 through 10 are true and accurate copies of email correspondence between myself, Walmart's legal department, Plaintiff Tina Crow, and the Employment Filing Team associated with the American Arbitration Association ("AAA").



EXHIBIT B

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of November 2025, in New Orleans, LA.

Caroline Donze

CAROLINE DONZE

# EXHIBIT 1

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Friday, June 13, 2025 7:27 AM
**To:** Legal Requests; Global Ethics
**Cc:** SparkDriver
**Subject:** Spark Driver- Tina Crow

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

Dear Spark Driver Legal Team,

On April 1, 2025, Spark permanently deactivated my account. I was not applying for reinstatement, nor was I employed or under contract. Despite this, on June 6, 2025, Spark initiated a federal-level background check on me through Checkr — without my knowledge, consent, or legal authorization.

At the time of this background check:
• I had not signed any new consent form
• I was not seeking employment
• I was only communicating with New Era ADR to request a financial hardship waiver for arbitration — not for employment screening

This background check was unauthorized, invasive, and conducted without a permissible purpose under the Fair Credit Reporting Act (FCRA).

—

✅ Actions Already Taken:
• I filed a formal FTC complaint against New Era ADR (Report #188770192)
• I served Checkr, Inc. with a $35,000 demand letter for FCRA violations
• I am currently compiling documentation for escalation to regulators and legal counsel

Spark is directly responsible for triggering this background check and is now exposed to:
• Federal regulatory action
• Civil liability under FCRA
• Reputational risk from public disclosure

—

💰 Settlement Demand: [redacted]

This amount reflects:
• The severity of your privacy violations
• Emotional and reputational harm

• Spark's failure to comply with federal law

---

⏳ Response Deadline: Friday, June 14, 2025 (Close of Business)

If I do not receive a written response by this date, I will proceed with formal complaints and legal action through:
• FTC, CFPB, DOJ, SEC
• State Attorneys General (Louisiana & Arkansas)
• Civil court for full damages and injunctive relief
• Public advocacy and media if necessary

I prefer to resolve this matter privately and professionally. Please respond in writing by June 14, 2025.

Sincerely,
Tina Crow
📞 (318) 268-8797
✉️ tinacrow1005@gmail.com

# EXHIBIT 2

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Monday, June 30, 2025 10:11 PM
**To:** Donze, Caroline
**Subject:** Re: Tina Crow v. Walmart - Arbitration Demand

***[Caution: Email received from external source]***

Dear Ms. Donze,

Thank you for your email regarding my Notice of Arbitration filed on June 13, 2025.

After careful consideration, I have decided that all communications related to this matter should be conducted in writing. This ensures clarity, accuracy, and a complete, documented record of our exchanges.

As you are aware, this case involves serious concerns, including but not limited to:

- My wrongful deactivation from the Spark Driver platform on April 1, 2025;
- An unauthorized federal background check conducted while I was already deactivated, in violation of privacy laws;
- Denial of access to arbitration, contrary to Spark's contractual obligations;
- Retaliatory actions directly following my efforts to resolve the issue; and
- Substantial emotional and financial harm resulting from these actions.

Given the gravity of these issues, written communication is necessary to ensure:

1. Transparency – a verifiable record of all exchanges;
2. Accountability – no confusion or misinterpretation;
3. Fairness – allowing thoughtful responses from both sides.

---

## Next Steps:

- Please send any questions, updates, or settlement proposals via email.
- I will respond within 48 hours of receipt.

- If there are any urgent deadlines, please highlight them in your message.

Although your team scheduled a phone call for July 10 at 10:30 a.m., I will instead be awaiting your written communication at that time. I believe written correspondence is the most appropriate and effective method for addressing a matter of this seriousness.

Thank you for your understanding. I look forward to your reply.

Sincerely,

Tina Crow

📨 tinacrow1005@gmail.com

📞 (318) 268-8797

On Mon, Jun 30, 2025 at 3:09 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

Ok, thank you.

On Mon, Jun 30, 2025 at 3:09 PM Donze, Caroline <caroline.donze@ogletree.com> wrote:

Yes, you can save the highlighted number below and also this number: 504-427-3506

I will plan to call you at 10:30am on July 10th. Thanks!

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

---

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Monday, June 30, 2025 3:08 PM
**To:** Donze, Caroline <caroline.donze@ogletreedeakins.com>
**Subject:** Re: Tina Crow v. Walmart - Arbitration Demand

***[Caution: Email received from external source]***

---

3182688797

On Mon, Jun 30, 2025 at 2:49 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

Can you give me the number you will be calling from so I can save it?

On Mon, Jun 30, 2025 at 2:47 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

Yes, you call anytime

On Mon, Jun 30, 2025 at 12:48 PM Donze, Caroline <caroline.donze@ogletree.com> wrote:

Good afternoon, Ms. Crow – I hope you are doing well. I am outside counsel representing Walmart in regard to your Notice of Arbitration filed on 6/13/25. I was wondering if you were available to chat briefly on the phone about your case next Thursday (July 10)? If so, please let me know your general availability and the best phone number to reach you, and I will give you a call. We ask moving forward that you please send any communications related to your case to me and my colleagues (copied here), rather than directly to the Walmart legal team. Thank you very much, and have a nice afternoon.

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

# EXHIBIT 3

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Wednesday, July 2, 2025 5:32 PM
**To:** Donze, Caroline
**Subject:** Re: Tina Crow v. Walmart - Arbitration Demand

***[Caution: Email received from external source]***

Dear Ms. Donze,

This is formal notice regarding my pending arbitration matter filed June 13, 2025.

Let me be clear:

1. The June 25 deactivation is part of the same pattern of retaliation already outlined in my arbitration demand. I will not engage in a separate pre-arbitration process for conduct that is directly tied to the original case.
2. I will be submitting my list of arbitrators from the AAA roster by July 10, 2025. Your office must confirm receipt or propose arbitrators from AAA only. I will not consider any names outside of AAA's formal panel.
3. If I do not receive confirmation by July 10, I will:
   - File a second arbitration claim for the June 25 deactivation,
   - Request that AAA consolidate both matters and hold Walmart/Spark responsible for duplicative costs and delay tactics,
   - Submit documentation of this pattern as evidence of bad faith.

You've had more than enough time to respond properly. Any further attempt to split claims, stall the process, or redirect to pre-arbitration procedures will be documented and addressed in full through AAA and any necessary regulatory bodies.

Respectfully,

Tina Crow

tinacrow1005@gmail.com

On Wed, Jul 2, 2025 at 4:18 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

I like AAA, but the fact I never requested an arbitration thru sparks when I was deactivated, so it seems strange to me.

On Wed, Jul 2, 2025 at 4:14 PM Donze, Caroline <caroline.donze@ogletree.com> wrote:

Ms. Crow,

Thank you for contacting me. I am representing Walmart regarding your 6/13/25 arbitration demand. I believe Walmart may have been contacting you relating to your 6/25/25 email about a subsequent deactivation or your June 27, 2025 email on behalf of Isaac Crow. The allegations in both of those emails must first be handled in pre-arbitration conferences with Walmart. Those emails are not part of this demand. I hope that helps.

Regarding your 6/13/25 arbitration demand, I understand you do not want to speak with me telephonically. The next step is for us to exchange names of arbitrators we would like to use. The arbitrators do not have to be from AAA. Will you please prepare a list of your preferred arbitrators? Walmart will do the same, and then we can decide together who we will use.

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

---

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Wednesday, July 2, 2025 3:30 PM
**To:** Donze, Caroline <caroline.donze@ogletreedeakins.com>
**Subject:** Re: Tina Crow v. Walmart - Arbitration Demand

***[Caution: Email received from external source]***

---

To Whom It May Concern,

This message is to confirm that my current demand remains at [redacted] for damages related to wrongful deactivation, retaliation, and the unauthorized background check conducted during my protected arbitration process.

As previously instructed by your office, I was told not to communicate with Spark directly and to send all arbitration-related communication through you.

However, Spark contacted me directly by phone and attempted to initiate an informal “pre-arbitration” discussion. This was done without my request or consent and violates the instruction given by your office. I had clearly stated I do not consent to phone calls regarding this matter and have requested that all communication be in writing.

Let this serve as formal notice:

- All communication must be made through email or U.S. mail only.
- Phone contact is not permitted and will be considered harassment and bad faith.

If I do not receive a written response by July 10, 2025, I will proceed with my case through the American Arbitration Association (AAA) without further notice.

This will be my final attempt to resolve this matter informally and respectfully.

Sincerely,

Tina Crow

On Mon, Jun 30, 2025 at 9:11 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

Dear Ms. Donze,

Thank you for your email regarding my Notice of Arbitration filed on June 13, 2025.

After careful consideration, I have decided that all communications related to this matter should be conducted in writing. This ensures clarity, accuracy, and a complete, documented record of our exchanges.

As you are aware, this case involves serious concerns, including but not limited to:

- My wrongful deactivation from the Spark Driver platform on April 1, 2025;
- An unauthorized federal background check conducted while I was already deactivated, in violation of privacy laws;
- Denial of access to arbitration, contrary to Spark's contractual obligations;
- Retaliatory actions directly following my efforts to resolve the issue; and
- Substantial emotional and financial harm resulting from these actions.

Given the gravity of these issues, written communication is necessary to ensure:

1. Transparency – a verifiable record of all exchanges;
2. Accountability – no confusion or misinterpretation;
3. Fairness – allowing thoughtful responses from both sides.

---

## Next Steps:

- Please send any questions, updates, or settlement proposals via email.
- I will respond within 48 hours of receipt.
- If there are any urgent deadlines, please highlight them in your message.

Although your team scheduled a phone call for July 10 at 10:30 a.m., I will instead be awaiting your written communication at that time. I believe written correspondence is the most appropriate and effective method for addressing a matter of this seriousness.

Thank you for your understanding. I look forward to your reply.

Sincerely,

Tina Crow

tinacrow1005@gmail.com

(318) 268-8797

On Mon, Jun 30, 2025 at 3:09 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

> Ok, thank you.
>
> On Mon, Jun 30, 2025 at 3:09 PM Donze, Caroline <caroline.donze@ogletree.com> wrote:
>
>> Yes, you can save the highlighted number below and also this number: 504-427-3506
>>
>> I will plan to call you at 10:30am on July 10th. Thanks!
>>
>> **Caroline Donze | Ogletree Deakins**
>> Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
>> caroline.donze@ogletree.com | www.ogletree.com | Bio
>>
>> ---
>>
>> **From:** Tina A Crow <tinacrow1005@gmail.com>
>> **Sent:** Monday, June 30, 2025 3:08 PM
>> **To:** Donze, Caroline <caroline.donze@ogletreedeakins.com>
>> **Subject:** Re: Tina Crow v. Walmart - Arbitration Demand
>>
>> ***[Caution: Email received from external source]***
>>
>> ---
>>
>> 3182688797
>>
>> On Mon, Jun 30, 2025 at 2:49 PM Tina A Crow <tinacrow1005@gmail.com> wrote:
>>
>>> Can you give me the number you will be calling from so I can save it?
>>>
>>> On Mon, Jun 30, 2025 at 2:47 PM Tina A Crow <tinacrow1005@gmail.com> wrote:
>>>
>>>> Yes, you call anytime
>>>>
>>>> On Mon, Jun 30, 2025 at 12:48 PM Donze, Caroline <caroline.donze@ogletree.com> wrote:
>>>>
>>>>> Good afternoon, Ms. Crow – I hope you are doing well. I am outside counsel representing Walmart in regard to your Notice of Arbitration filed on 6/13/25. I was wondering if you were available to chat briefly on the phone about your case next Thursday (July 10)? If so, please let me

know your general availability and the best phone number to reach you, and I will give you a call. We ask moving forward that you please send any communications related to your case to me and my colleagues (copied here), rather than directly to the Walmart legal team. Thank you very much, and have a nice afternoon.

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

# EXHIBIT 4

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Wednesday, June 25, 2025 10:48 AM
**To:** sparkdriver@walmart.com; Legal Requests <Legal@walmartlegal.com>
**Subject:** Mail - Crow, Tina - Arbitration Demand - 2025-010795

**EXTERNAL:** Report suspicious emails to **Email Abuse.**

On Wed, Jun 25, 2025 at 10:11 AM Tina A Crow <tinacrow1005@gmail.com> wrote:

> To Spark Driver / Walmart Legal Team,
>
> I am writing to formally dispute the unjust deactivation of my Spark Driver account on June 25, 2025, based solely on an unexplained change to my Checkr background file—an action I did not request, authorize, or cause.
>
> While Spark offers an appeals process, that does not excuse the financial harm caused by this decision or release your company from its legal obligations under the Fair Credit Reporting Act (FCRA, 15 U.S.C. § 1681) and relevant Louisiana law.
>
> ---
>
> ### 🔍 Key Facts
>
> 1. No Consumer Action:
>
>    I did not modify, dispute, or request deletion of my Checkr file. My background check remains active and unchanged with other platforms, including Roadie, Instacart, and Uber. This confirms the issue is isolated to Spark, not a result of a legitimate background concern.
>
> 2. No Due Process:
>
>    I was deactivated without warning, and without any claim of misconduct. This action appears to be the result of an automated system response to a third-party status change — not based on my performance or behavior.
>
> 3. Possible Retaliation:
>
>    Given my prior legal efforts involving Spark, this deactivation raises concern of retaliatory behavior using Checkr's automated alerts as cover.
>
> ---

## ⚖️ Potential Legal Violations

- FCRA § 1681b(b)(3)(A) – Failure to provide pre-adverse action notice.
- FCRA § 1681i – Failure to notify the consumer of data deletion or change.
- Louisiana Unfair Trade Practices Act (La. R.S. 51:1401 et seq.) – Arbitrary and economically harmful deactivation based on unverifiable third-party data.

---

## 📝 Formal Demands – Due by July 2, 2025

Please respond in writing with the following:

1. Full Disclosure:
   - The specific reason for my deactivation.
   - All communications between Spark and Checkr concerning my profile.
   - A copy of any policy, agreement, or consent form that allows Spark to act on automated Checkr status alerts.
2. Immediate Reinstatement:
   - Reinstate my Spark Driver account without penalty.
   - Compensate me for lost income caused by this unjustified deactivation.
3. Legal Assurance:
   - Confirm that Spark will not use automated background status alerts from Checkr to deactivate drivers without individualized human review and notice to the driver.

---

## 🚨 Consequences for Non-Compliance

If I do not receive a full response by July 2, 2025, I will take the following actions:

- File regulatory complaints with the FTC, CFPB, and Louisiana Attorney General.
- Include this deactivation as part of my active arbitration and legal claims against Spark Driver/Walmart.
- Seek compensation under FCRA §§ 1681n/o and Louisiana state law for financial harm and unlawful data use.

This message serves as a final legal notice and demand for corrective action.

Sincerely,

Tina Crow

tinacrow1005@gmail.com

(318) 268-8797

# EXHIBIT 5

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Saturday, July 5, 2025 7:38 PM
**To:** Donze, Caroline
**Subject:** FINAL DEMAND BEFORE FEDERAL FILING

***[Caution: Email received from external source]***

Dear Ms. Donze,

I am writing to inform you that I have made multiple good faith attempts to resolve my dispute through your company's required arbitration process.

1. I first attempted arbitration through New Era ADR, but I was denied meaningful access to the process.
2. I then submitted a formal demand through AAA, including my fee waiver and the required copy to you, as your contact information was listed in the arbitration agreement.
3. Despite complying with all instructions, I was again denied access to any real arbitration process.

Because of these repeated failures, delays, and what now appears to be intentional obstruction, I no longer wish to pursue arbitration in any form. I have given your company more than one opportunity to resolve this through private channels, and your failure to engage in good faith has made it clear that Spark/Walmart does not intend to allow a fair process.

In addition, your company has violated my federal rights in the following ways:

- On June 6, 2025, while I was deactivated from Spark since April 1, 2025, your company ran a federal background check on me without my written consent.
- I was not under contract or active status at the time.
- Spark/Walmart also submitted a deactivation appeal in my name using my personal information without my knowledge or permission.
- Shortly after this unauthorized use, I was re-deactivated, which appears to be direct retaliation for attempting to assert my arbitration rights.

These actions constitute serious violations, including:

- The Fair Credit Reporting Act (FCRA)

- The Federal Arbitration Act (FAA)
- Unauthorized use of identity and personal data
- Denial of due process

I am now preparing to file a federal lawsuit in the U.S. District Court for the Western District of Louisiana – Shreveport Division, seeking no less than $500,000 in damages. This action will include all the above claims and will be a matter of public record. I will request a jury trial, and the court will serve your company once my in forma pauperis motion is approved.

If Spark/Walmart wishes to resolve this matter before formal federal filing, you must provide a written settlement offer within 7 calendar days of this letter—by July 12, 2025. After that deadline, I will proceed in court without further notice.

Sincerely,

Tina Crow

(318) 268-8797

tinacrow1005@gmail.com

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Saturday, July 5, 2025 8:16 PM
**To:** Donze, Caroline
**Subject:** Notice of Federal Lawsuit Filing – No Further Negotiation

***[Caution: Email received from external source]***

Dear Walmart Legal Team,

This letter serves as final notice. After repeated bad-faith delays, refusal to communicate in writing, and unlawful conduct (including unauthorized background checks and wrongful deactivation), I am done negotiating.

You have made it clear you do not take this matter seriously. Therefore:

1. I will file suit in U.S. District Court on Tuesday, July 8, 2025, for:
    - Willful violations of the Fair Credit Reporting Act (15 U.S.C. § 1681b)
    - Breach of contract and bad-faith arbitration avoidance
    - Punitive damages for reckless misconduct
2. I will subpoena all records of unauthorized background checks and internal communications about my case.
3. I will pursue maximum damages ($300,000+), and I will not settle for less after filing.

Do not call me. Do not offer arbitration. The time for talk is over. Any further communication must be in writing.

This is your last chance to avoid a public, costly legal battle.

Sincerely,

Tina Crow

(318) 268-8797

tinacrow1005@gmail.com

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Thursday, July 10, 2025 11:31 AM
**To:** Donze, Caroline
**Subject:** Re: Tina Crow v. Walmart - Arbitration Demand [ODNSS-OGL.033974.000537]

***[Caution: Email received from external source]***

Ms. Donze,

Let me be clear: I have already filed my demand with the American Arbitration Association (AAA) under Case #01-25-0003-1119. That is the forum I selected, as the claimant, under the governing contract. I am not entertaining arbitrator “proposals” or substitutions from Walmart. This is not a collaborative process—it is my arbitration as the aggrieved party.

I am also putting you on notice: based on prior experience, I am alert to the risk of biased or procedurally compromised arbitration processes. I chose AAA specifically because of prior issues I encountered with New Era ADR, and I am monitoring this matter closely.

If I observe any irregularities, delay tactics, or bad-faith behavior from Walmart or its counsel, I will raise those issues directly with AAA—and, if needed, escalate them to federal court or relevant regulatory agencies.

You’ve received all necessary information. If Walmart intends to respond, it must do so through the AAA case portal—not through informal email exchanges.

Let’s proceed accordingly.

Sincerely,

Tina Crow

tinacrow1005@gmail.com

318-268-8797

AAA Case #: 01-25-0003-1119

On Thu, Jul 10, 2025 at 9:23 AM Donze, Caroline <caroline.donze@ogletree.com> wrote:

Hello, Ms. Crow,

I am writing in response to your two emails dated July 5, 2025, at 6:38pm and 7:16pm central. I'm confused by your statements in those emails that you will be filing a federal lawsuit, because on July 2, 2025, we agreed we would exchange arbitrator lists, but then I received these other emails from you. I'm not aware of the New Era ADR or AAA filings you mention, but if you send them to me, I can review and respond. Walmart sent me your 6/13/25 arbitration demand, and I contacted you on 6/30/25, so we could start setting up the arbitration. I'm putting together an arbitrator proposal for you, but I'm not sure what our status is. Will you let me know, please?

In any event, Walmart is prepared to move forward with an arbitrator, per the agreement. I understand you also have additional contentions regarding a recent deactivation, and I would be happy to ask Walmart if we can consolidate all your disputes into one arbitration after you complete the required pre-arbitration conference, if that is what you want. Isaac Crow will need to proceed separately because he has separate claims.

Thank you,

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

# EXHIBIT 7

**From:** Employmentfiling@adr.org
**Sent:** Friday, July 11, 2025 10:31 AM
**To:** Donze, Caroline; tinacrow1005@gmail.com
**Subject:** Tina Crow v. Walmart/Spark - Case 01-25-0003-1119
**Attachments:** 2025-07-11 EMP Submission Request.pdf

[Caution: Email received from external source]

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

American Arbitration Association® | International Centre for Dispute Resolution®

1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856)435-6401

July 11, 2025

Tina Crow
149 Olympia Drive
Sibley, LA 71073
Via Email to: tinacrow1005@gmail.com

Caroline E. Donze, Esq.
Ogletree Deakins Nash Smoak & Stewart, PC
701 Poydras Street
Suite 3500
New Orleans, LA 70139
Via Email to: caroline.donze@ogletree.com

Case Number: 01-25-0003-1119

Tina Crow
-vs-
Walmart/Spark

Dear Parties:

This will acknowledge receipt of a demand for arbitration between the above-referenced parties.

We note the parties' dispute resolution agreement does not reference the American Arbitration Association ("AAA") as the administering agency or designate its rules. Accordingly, the AAA requests the parties sign and return this letter confirming their agreement to authorize the AAA to administer this dispute under its Employment/Workplace Arbitration Rules and Mediation Procedures. This letter may be signed in counterparts and electronic submission is acceptable. The parties may also email confirmation that AAA administration under the Employment/Workplace Arbitration Rules and Mediation Procedures is acceptable. We request that the parties copy each other on any response to this letter.

If there is a court order compelling arbitration that references the AAA, upon receipt of a copy of the court order, the AAA will proceed with administration without the need for the parties' submission.

**Please submit the requested items by July 18, 2025, otherwise we will not be able to continue administration of this case.** Should the matter be closed for lack of a submission, it may be reopened at any time once the parties have agreed to have the AAA administer this dispute and resubmit the applicable filing fees.

If you have any questions, please email the Employment Filing Team at employmentfiling@adr.org and we will be happy to assist you.

Sincerely,

Employment Filing Team
employmentfiling@adr.org
(856) 679-4610

BY SIGNING BELOW, THE PARTIES AGREE TO SUBMIT THE ABOVE-REFERENCED DISPUTE TO ARBITRATION ADMINISTERED BY THE AMERICAN ARBITRATION ASSOCIATION UNDER ITS EMPLOYMENT/WORKPLACE ARBITRATION RULES AND MEDIATION PROCEDURES.

| | |
|---|---|
| ______________________________ | ______________________ |
| Claimant or Claimant's Representative | Date |
| ______________________________ | ______________________ |
| Respondent or Respondent's Representative | Date |

# EXHIBIT 8

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Friday, August 22, 2025 10:36 AM
**To:** Donze, Caroline; Employment Filing Team; Tina A Crow
**Cc:** Schroeder, Caitlin S.; Andry, Marti H.; Mutwiwa, Baleigh Olivia
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

***[Caution: Email received from external source]***

Good morning,

The AAA confirms receipt of Respondents payment of $1875, however without a signed submission form with mutual party consent to a particular set of rules we will not be able to move this case forward.
Unless we have party agreement to AAA Commercial Rules this matter remains classified as an employment matter.

If mutual agreement to a specific set of rules is not received by **August 29, 2025**, this case will be closed.

Thank you,

*Jennifer Cassanelli*
On behalf of AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
T: 856 679 4610 E: EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore the new ADR.org

NPT's BEST NONPROFITS TO WORK FOR ★2025★

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

**From:** Donze, Caroline <caroline.donze@ogletree.com>
**Sent:** Wednesday, August 20, 2025 1:44 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>; Tina A Crow <tinacrow1005@gmail.com>
**Cc:** Schroeder, Caitlin S. <caitlin.schroeder@ogletreedeakins.com>; Andry, Marti H. <Marti.Andry@ogletreedeakins.com>; Mutwiwa, Baleigh Olivia <baleigh.mutwiwa@ogletreedeakins.com>
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

***** External E-Mail – Use Caution *****

Dear Ms. Cassanelli,

This email responds to an email thread, most recently dated August 12, 2025, at 8:53 am (the “Email”), and the previous submission letter dated July 11, 2025 (the “Letter”). I am attaching the Letter for reference.

Walmart respectfully requests the AAA proceed to administer the arbitration as agreed by the parties in their arbitration agreement. Walmart appreciates AAA's efforts to move this arbitration forward; however, if AAA closes the matter, it does so over the parties' objections.

In this regard, there is a direct conflict between the determination in the Email and the statements in the Letter. AAA's email of August 6, 2025, at 9:07 a.m. states the matter of which rules apply is "a matter of arbitrability to be brought to the arbitrator once appointed." This approach is fully consistent with the parties' arbitration agreement, which expressly provides the rules governing the arbitration are to be determined by agreement of the parties and the arbitrator.

In contrast, the Letter states the arbitration will be administered under AAA's "Employment/Workplace Arbitration Rules and Mediation Procedures." This statement is incorrect and inconsistent with both the parties' agreement and the current procedural posture. No decision has been made—by the parties or by the arbitrator—regarding which set of rules will govern this arbitration. Therefore, Walmart cannot execute this Letter in its current form. For that reason, Walmart requested AAA to modify the Letter to accurately reflect the current posture of this case, but AAA has refused.

To reiterate, Walmart does not agree to a unilateral decision by AAA to apply the Employment/Workplace Arbitration Rules to this matter. Walmart's position remains that the parties' agreement requires either agreement or a determination by the arbitrator as to the applicable rules. Walmart does, however, agree the arbitration should proceed, with the arbitrator to resolve the dispute over the rules once appointed.

In the interest of moving this matter forward, Walmart will pay the Initial Filing Fee of $1,875, per the Flexible Fee Schedule for Commercial matters, which fee is based on Ms. Crow's demand of [redacted]. This payment is made without waiver of Walmart's position regarding the applicable rules and is intended solely to facilitate the prompt administration of the case. We sent a check for this amount via FedEx Next Day Delivery this morning to your New Jersey office listed on AAA's initial letter.

Thank you for your attention to this matter. Please confirm AAA will proceed in accordance with the parties' agreement and the process outlined in the Email, with the arbitrator to determine the applicable rules after appointment.

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

---

**From:** Donze, Caroline
**Sent:** Wednesday, August 13, 2025 3:31 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>; Tina A Crow <tinacrow1005@gmail.com>
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

Thank you!

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

---

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Wednesday, August 13, 2025 2:33 PM

**To:** Donze, Caroline <caroline.donze@ogletreedeakins.com>; Employment Filing Team <EmploymentFiling@adr.org>; Tina A Crow <tinacrow1005@gmail.com>
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

***[Caution: Email received from external source]***

Hello,

We can provide one final extension until August 20, 2025.

Thank you,

**Employment Filing Team**
American Arbitration Association
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
**T:** 856 679 4610 **E:** EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore the new ADR.org**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl
distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia
reply email and destroy all copies of the transmittal. Thank you.

**From:** Donze, Caroline <caroline.donze@ogletree.com>
**Sent:** Wednesday, August 13, 2025 12:16 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>; Tina A Crow <tinacrow1005@gmail.com>
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

***** External E-Mail – Use Caution *****

Ms. Cassanelli – I am in the process of discussing the below with my client, and will be out of office on Thursday-Monday of this week. Could we please have one additional week (through 8/20) to respond to the below? Thanks very much.

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Tuesday, August 12, 2025 8:53 AM
**To:** Donze, Caroline <caroline.donze@ogletreedeakins.com>; Employment Filing Team <EmploymentFiling@adr.org>; Tina A Crow <tinacrow1005@gmail.com>
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

***[Caution: Email received from external source]***

Good morning,

We have deemed this an employment matter and as such the submission would need to be signed as is.
Any further objections can be raised to the arbitrator once one has been appointed.

Absent receipt of the signed submission by tomorrow, August 13, 2025, this case will be closed.

Thank you,

*Jennifer Cassanelli*
On behalf of AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
T: 856 679 4610 E: EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore the new ADR.org

NPT's BEST NONPROFITS TO WORK FOR ★2025★

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia reply email and destroy all copies of the transmittal. Thank you.

**From:** Donze, Caroline <caroline.donze@ogletree.com>
**Sent:** Thursday, August 7, 2025 2:37 PM
**To:** Employment Filing Team <EmploymentFiling@adr.org>; Tina A Crow <tinacrow1005@gmail.com>
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

***** External E-Mail – Use Caution *****

Hi, Ms. Cassanelli – Walmart would like to proceed with completing the required form, but the existing language indicates the parties have agreed to AAA's administration of this dispute under Employment/Workplace Arbitration Rules and Mediation Procedures (see attached). As you know, Walmart's position is that the Commercial Arbitration Rules, as modified by the parties' Agreement, are appropriate for administering this matter. Further, your below email message on August 6 states that the applicable rules issue will be determined as matter of arbitrability to be brought to the arbitrator once appointed. Can you please revise the attached letter to reflect your August 6 email, and then we will proceed in in executing and returning the form. Thank you!

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

**From:** Donze, Caroline
**Sent:** Wednesday, August 6, 2025 9:15 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>; Tina A Crow <tinacrow1005@gmail.com>
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

Thank you for your email, Ms. Cassanelli – Respondent will review and respond by the below deadline.

**Caroline Donze | Ogletree Deakins**
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com | Bio

---

**From:** Employment Filing Team <EmploymentFiling@adr.org>
**Sent:** Wednesday, August 6, 2025 9:07 AM
**To:** Tina A Crow <tinacrow1005@gmail.com>; Donze, Caroline <caroline.donze@ogletreedeakins.com>
**Cc:** Employment Filing Team <EmploymentFiling@adr.org>
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

***[Caution: Email received from external source]***

---

Dear Parties,

Thank you for your patience while your comments were under review.
The AAA has determined this to be a matter of arbitrability to be brought to the arbitrator once appointed.
Please note the requested submission was due on July 18, 2025.
At this time, we have not received the requested submission from respondent however we can extend our submission due date to **August 13, 2025**.

Please note if the requested submission is not received by the respondent on or before this due date this matter will be closed.
The original submission request sent has been attached to this email.

As a reminder, please ensure all parties are copied on all correspondence to the AAA regarding this matter.

Thank you,

*Jennifer Cassanelli*
On behalf of AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
T: 856 679 4610 E: EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore the new ADR.org

NPT's BEST NONPROFITS TO WORK FOR ★2025★

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, discl
distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immedia
reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Wednesday, August 6, 2025 7:16 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Subject:** Re: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

*** External E-Mail – Use Caution ***

This is Tina Crow regarding my arbitration case against Walmart/Spark.

It has now been seven days since AAA confirmed you had received all required information from me. My understanding is that, under AAA's own procedures, the administrative processing period is typically completed within three to seven days after all information is received.

Can you please confirm whether that is correct, and advise me on the current status of my case on AAA's end?

Thank you,

Tina Crow

On Thu, Jul 31, 2025 at 1:45 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

> Ok
>
> On Thu, Jul 31, 2025 at 1:45 PM Employment Filing Team <EmploymentFiling@adr.org> wrote:
>
>> Good afternoon,
>>
>> The previous comments regarding rules from both parties are being reviewed by a supervisor. Once the review is complete, both parties will be contacted on next steps in the intake process.
>>
>> Thank you,
>>
>> Tristan Capshaw on behalf of the Employment Filing Team
>>
>> **Employment Filing Team**
>>
>> American Arbitration Association
>> 1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
>> T: 856 679 4610 E: EmploymentFiling@adr.org
>> adr.org | icdr.org | aaaicdrfoundation.org
>> Explore the new ADR.org
>>
>> NPT's BEST NONPROFITS TO WORK FOR ★2025★

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, di
distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me imme
reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Thursday, July 31, 2025 10:45 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Subject:** Re: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

***** External E-Mail – Use Caution *****

Dear AAA Case Management Team,

On July 28, 2025, I submitted the requested paperwork in connection with the above-referenced arbitration case, as instructed, with a deadline of August 4, 2025.

As of today, I have not received confirmation of receipt or any update regarding the next steps in this matter. I respectfully request prompt confirmation that the documents have been received and that the case remains in good standing.

Please advise if any additional action is required from me. I am fully prepared to move forward.

Thank you for your assistance.

Sincerely,

Tina Crow

tinacrow1005@gmail.com

(318) 268-8797

On Wed, Jul 30, 2025 at 12:32 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

To Whom It May Concern,

I am writing to follow up regarding my arbitration matter involving Spark/Walmart. I have fully complied with AAA's filing requirements, including the most recent documentation submitted to your team.

At this time, I am requesting confirmation that you have everything needed from me to move forward. If any documents, signatures, or clarifications are still required, please let me know immediately so this matter can proceed without further delay.

This situation involves ongoing financial hardship, and the delays in resolving this matter are compounding the impact. I am ready to proceed promptly with arbitrator selection and scheduling, and would appreciate your full cooperation in moving this forward.

Please confirm in writing whether:

1. You have received all required documentation from me;
2. You have submitted all necessary materials or payments to AAA;
3. There is any further action needed to initiate arbitration.

I am committed to resolving this through the agreed arbitration process and request your timely response.

Sincerely,

Tina Crow

tinacrow1005@gmail.com

318-268-8797

On Mon, Jul 28, 2025 at 10:38 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

On Mon, Jul 28, 2025 at 1:17 PM Employment Filing Team <EmploymentFiling@adr.org> wrote:

Hello Ms. Crow,

The AAA has received communication from Respondent on July 18, 2025, please see below.

We are currently awaiting your response to that email, please provide comments by August 4, 2025.

Thank you,

*Jennifer Cassanelli*

On behalf of AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
**T:** 856 679 4610 **E:** EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
**Explore the new ADR.org**

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, us distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me i reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Tina A Crow <tinacrow1005@gmail.com>
**Sent:** Saturday, July 26, 2025 9:23 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Subject:** Re: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

*** External E-Mail – Use Caution ***

I am writing regarding my arbitration against Spark/Walmart. As noted in your prior communication, the Respondent was given until July 25, 2025 to respond. That deadline has now passed, and I have not received any notice of a response or payment from the Respondent.

Pursuant to AAA Consumer Arbitration Rule R-7, their failure to respond constitutes a waiver of objections to the arbitration process. I respectfully request that AAA proceed with the next steps toward either:

1. Appointing an arbitrator in their absence, or
2. Moving toward default arbitration procedures if appropriate.

Please confirm how AAA will proceed. I remain fully ready to move forward.

Tina Crow

149 Olympia dr

Sibley la 71073

3182688797

On Fri, Jul 18, 2025 at 3:31 PM Tina A Crow <tinacrow1005@gmail.com> wrote:

Ok

On Fri, Jul 18, 2025 at 3:26 PM Employment Filing Team <EmploymentFiling@adr.org> wrote:

The AAA acknowledges receipt of the below correspondence from respondent.

At this time we ask that claimant provide comments in response by July 25, 2025.

Thank you,

*Jennifer Cassanelli*

On behalf of AAA Employment Filing Team

**Employment Filing Team**

American Arbitration Association
1101 Laurel Oak Road, Suite 100, Voorhees, NJ 08043
T: 856 679 4610 E: EmploymentFiling@adr.org
adr.org | icdr.org | aaaicdrfoundation.org
Explore the new ADR.org

NPT's BEST NONPROFITS TO WORK FOR ★2025★

The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify m reply email and destroy all copies of the transmittal. Thank you.

---

**From:** Donze, Caroline <caroline.donze@ogletree.com>
**Sent:** Friday, July 18, 2025 11:50 AM
**To:** Employment Filing Team <EmploymentFiling@adr.org>
**Cc:** Schroeder, Caitlin S. <caitlin.schroeder@ogletreedeakins.com>; Mutwiwa, Baleigh Olivia <baleigh.mutwiwa@ogletreedeakins.com>; Trinkle, Kate <kate.trinkle@ogletreedeakins.com>; Tina A Crow <tinacrow1005@gmail.com>
**Subject:** RE: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

***** External E-Mail – Use Caution *****

Good morning, AAA -

Our law firm has been retained to represent Walmart/Spark in the above-referenced matter. Walmart Inc. is the proper name of the Respondent. Please direct all further correspondence in this matter to me.

This letter is in response to your correspondence dated July 11, 2025, in which you acknowledge receipt of a demand for arbitration between the parties in the above-referenced matter. By submitting this response, Walmart does not waive, and hereby preserves, all substantive and procedural defenses that might exist to the arbitration demand or the claims asserted in the arbitration demand.

Tina Crow and Walmart entered into a Non-Disclosure and Dispute Resolution Agreement ("Agreement"). The Agreement contains a binding agreement to arbitrate all disputes in final and binding arbitration relating to the services Ms. Crow provided as an independent contractor using the Spark Driver platform. The Spark Driver platform is an app-based delivery platform that provides independent contractors access to opportunities to deliver grocery and other general merchandise to customers. I have enclosed a copy of the applicable Agreement with this letter.

Tina Crow failed to adhere to the terms of the Agreement by self-selecting AAA without first conferring with Walmart regarding the selection of an arbitrator or arbitration provider, as required by the Agreement. However, in the interest of proceeding to the merits expeditiously, Walmart agrees to submit this matter to AAA. Walmart's agreement to use AAA in this matter does not apply to any other matter.

However, Walmart does not agree to use the Employment Arbitration Rules. Per the Agreement, "arbitration shall proceed according to the rules agreed upon by the parties and the Arbitrator." Walmart believes the Commercial Arbitration Rules, as modified by the parties' Agreement, are appropriate for administering this matter.

If AAA and/or Tina Crow will not agree to use the Commercial Arbitration Rules, then Walmart believes the parties should proceed with arbitrator selection and raise the issue of the applicable rules with the arbitrator once he or she is appointed.

We look forward to your response. Thank you!

Caroline Donze | Ogletree Deakins
Hancock Whitney Center, 701 Poydras Street, Suite 3500 | New Orleans, LA 70139 | Telephone: 504-648-2608
caroline.donze@ogletree.com | www.ogletree.com |

-----Original Message-----
From: Employmentfiling@adr.org <Employmentfiling@adr.org>
Sent: Friday, July 11, 2025 9:31 AM
To: Donze, Caroline <caroline.donze@ogletreedeakins.com>; tinacrow1005@gmail.com
Subject: Tina Crow v. Walmart/Spark - Case 01-25-0003-1119

[Caution: Email received from external source]

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

*This transmission is intended only for the proper recipient(s). It is confidential and may contain attorney-client privileged information. If you are not the proper recipient, please notify the sender immediately and delete this message. Any unauthorized review, copying, or use of this message is prohibited.*

# EXHIBIT 9

**From:** Employmentfiling@adr.org
**Sent:** Tuesday, September 2, 2025 10:50 AM
**To:** Donze, Caroline; tinacrow1005@gmail.com
**Subject:** Tina Crow v. Walmart/Spark - Case 01-25-0003-1119
**Attachments:** 2025-09-02 EMP Closing Letter - No AAA Authority.pdf

[Caution: Email received from external source]

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.

AMERICAN ARBITRATION ASSOCIATION® | INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®

1101 Laurel Oak Road
Voorhees, NJ 08043
Telephone: (856)435-6401

September 2, 2025

Tina Crow
149 Olympia Drive
Sibley, LA 71073
Via Email to: tinacrow1005@gmail.com

Caroline E. Donze, Esq.
Ogletree Deakins Nash Smoak & Stewart, PC
701 Poydras Street
Suite 3500
New Orleans, LA 70139
Via Email to: caroline.donze@ogletree.com

Case Number: 01-25-0003-1119

Tina Crow
-vs-
Walmart/Spark

Dear Parties:

On July 11, 2025, claimant and respondent were notified that both parties were required to mutually authorize the AAA to administer this dispute. However, only claimant provided such authorization. The filing deficiency has not been cured. Accordingly, we have administratively closed our file without prejudice.

We will refund any fees received under separate cover.

In the future should you decide to resubmit this matter, please provide all the requisite information along with the appropriate filing fee.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions, including questions about AAA's filing requirements.

Sincerely,

Employment Filing Team
EmploymentFiling@adr.org
856-679-4610