**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | | |
|---|---|---|
| **TINA CROW,** <br> **Plaintiff** | ) | **CIVIL ACTION NO.: 5:25-CV-01379** |
| | ) | **JUDGE S. MAURICE HICKS, JR.** |
| **VERSUS** | ) | **MAGISTRATE JUDGE MARK L. HORNSBY** |
| **WALMART INC.** <br> **Defendant** | ) | |

## *EX PARTE* MOTION TO WITHDRAW COUNSEL OF RECORD

Defendant Walmart Inc. ("Defendant") respectfully moves this Court for an order allowing Caroline E. Donze (La. Bar No. 38195) to withdraw as counsel of record in this matter as she is leaving the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. Andrew J. Halverson will continue to represent Defendant in this matter. Defendant represents that granting this Motion will not delay the progress of this litigation. Undersigned counsel has conferred with Pro Se Plaintiff, Tina Crow, and Ms. Crow consents to the present Motion.

For the foregoing reasons, Defendant Walmart Inc. respectfully requests that this Motion be granted and that Caroline E. Donze be withdrawn as counsel of record.

Respectfully submitted this 12th day of November, 2025.

*/s/ Caroline E. Donze*
Caroline E. Donze (La. Bar No. 38195)
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, LA 70139
Tel.: (504) 648-3840
Fax: (504) 648-3859
Email: caroline.donze@ogletree.com

-And-

Andrew J. Halverson
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

325 Settlers Trace Blvd., Suite 201
Lafayette, LA 70501
Tel.: (337) 7696582
Fax: (337) 989-0441
Email: andrew.halverson@ogletree.com
***Attorneys for Defendant Walmart, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on Pro Se Plaintiff Tina Crow by electronic mail and by U.S. Mail, properly addressed and postage prepaid:

Tina Crow, Pro Se Plaintiff
149 Olympia Drive
Sibley, LA 71073
Email: tinacrow1005@gmail.com

This 12th day of November, 2025.

*/s/ Caroline E. Donze*
Caroline E. Donze